Hans Martin, Respondent, v. Anthony Kranz, Defendant, and Robert T. Buttelman, Appellant.— Motion for reargument denied, with ten dol-

lars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.